United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MAHAFFEY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-2564 |
| | § | |
| GAUMINTZ, INC. | § | |

## ORDER OF DISMISSAL

In accordance with Joint Stipulation of Dismissal with Prejudice filed on February 5, 2023 (Doc. No. 28), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

SIGNED at Houston, Texas, this ___8th___ day of February 2023

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE